U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 01 2006

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------

SECOND EPISCOPAL DISTRICT OF THE
UNION AMERICAN METHODIST EPISCOPAL
CHURCH,

               Plaintiff,

vs                                 5:03-CV-886

GARY POPE; SARAH HARDING; THELMA
WRIGHT; DOROTHY YEARLEY, MARY J.
CRUMP; IRVING CHISOM; SANDRA VAUGHN;
CHARLESLENA CHISOM; CALPURNIA WILLIAMS;
J. DOES 1-5; and ALEXANDER LODGE,

               Defendants.

-------------------------------------------------

APPEARANCES:                                 OF COUNSEL:

RONALD B. THOMPSON, ESQ.
Attorney for Plaintiff
Suite E
3003 Lincoln Drive West
Marlton, NJ 08053

PAUL L. PILECKAS, ESQ.
Attorney for Defendants
217 North Washington Street
Rome, New York 13440

DAVID N. HURD
United States District Judge

## ORDER

Plaintiff filed the complaint on July 16, 2003. An answer was filed on October 21, 2003. An initial pretrial conference was held on February 26, 2004. There was no activity for over a year. On March 11, 2005, a scheduling order was issued. There was no activity for ten months and all deadlines passed.

After a status telephone conference on January 19, 2006, a bench trial was set for March 20, 2006. At the request of the attorneys, a mediator was appointed. The mediator's report was filed on March 7, 2006, advising that the case did not settle.

On March 8, 2006, the defendants filed pretrial papers. Plaintiff's attorney filed a letter requesting an adjournment of the March 20, 2006, trial date. The request was granted and trial was rescheduled for May 10, 20006. On March 21, 2006, an order was issued that directed plaintiff 's attorney to become admitted to the Bar of the Northern District of New York (N.D.N.Y.) on or before April 24, 2006. Further, it directed the filing of pretrial papers on or before April 24, 2006, or the complaint would be dismissed with prejudice.

On April 24, 2006, plaintiff's attorney filed a letter requesting an extension to April 28, 2006. The request was granted.

Plaintiff's attorney has failed to become admitted to the Bar of the N.D.N.Y., or to file pretrial papers on or before April 28, 2006.

Therefore, it is

ORDERED that the complaint is DISMISSED with prejudice and costs.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated:   May   1, 2006
         Utica, New York.